# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| METAL EXCHANGE CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:12-cv-01804-JAR |
| | ) | |
| METAL NETWORKS, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED MOTION FOR CONSENT INJUNCTION AND ORDER

COMES NOW, Plaintiff Metal Exchange Corporation, by and through its attorneys, and respectfully moves the Court for entry of the Consent Injunction and Order filed herewith. In support of this Motion, Plaintiff states that Defendant Metal Networks, LLC and Plaintiff have agreed to resolve the pending lawsuit based, in part, upon the entry of the attached and contemporaneously filed Consent Injunction and Order. The Consent Injunction and Order has been duly executed by both Plaintiff and Defendant Metal Networks, LLC.

Accordingly, Plaintiff Metal Exchange Corporation respectfully requests that the Court enter the attached Consent Injunction and Order.

Respectfully submitted,

BRYAN CAVE LLP

By:   /s/ Nick E. Williamson
David A. Roodman #38109MO
daroodman@bryancave.com
Nick Williamson #56925MO
Nick.williamson@bryancave.com
Lindsay E. Cohen #50958MO

Lindsay.Cohen@bryancave.com
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020

**ATTORNEYS FOR PLAINTIFF
METAL EXCHANGE CORPORATION**

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon counsel of record on this 10th day of April, 2013.  In addition, a copy of this filing is being sent to Defendant Metal Networks, LLC via electronic mail to its Manager identified below:

Jeremy Chapman
jeremy1@tmex.com
Metal Networks, LLC
712 Parker Street
Houston, Texas  77007


By:       /s/ Nick E. Williamson
          One of the Attorneys for Plaintiff Metal
          Exchange Corporation